

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Michael Dean _____ PETITIONER

vs.                              1: CV-01-0689

BEN VARNER, WARDEN AT SCI-DALLAS _____ RESPONDENT(S)

I, _____, declare under the penalty of perjury, that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay any or all of the required fees, costs or give security therefor at this time, I declare that because of my poverty I am unable to pay any or all of the costs of said proceeding or to give security therefor at this time and that I believe I am entitled to relief.

1. Are you presently employed?  Yes (X) No ( )
   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   S.C.I.D.   Kitchen at 19¢ = $30.40 per month

2. Have you received within the last twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?
                               Yes ( ) No (X)
   b. Rent payments, interest or dividends?
                               Yes ( ) No (X)
   c. Pensions, annuities or life insurance payments?
                               Yes ( ) No (X)
   d. Gifts or inheritances?   Yes ( ) No (X)
   e. Any other sources?       Yes ( ) No (X)

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. _____

FILED
SCRANTON
APR 1 9 2001
PER _____
DEPUTY CLERK

RECEIVED
HARRISBURG, PA
APR 1 3 2001
MARY E. D'ANDREA, CLERK
Per _____

3. Do you own cash, or do you have money in a checking or savings account?   Yes ( )  No (X)
   If the answer is "yes", state the total value of the items owned.
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (exclude ordinary household furnishings and clothing)?   Yes ( )   No (X)
If the answer is "yes", describe the property and state its approximate value. _____
_____
_____
_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.   None
_____
_____
_____
_____
_____
_____
_____
_____

   I declare under the penalty of perjury that the foregoing is true and correct.

Executed on ___March 30, 2001___     _Michael Dean_
                   (Date)               (Petitioner's Signature)

AS1919 Dean                                                4/4/01

### CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 35.34 on account to his credit at the SCI-Dallas institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said institutions: None

*Donna Marie Kornova* 4-4-01
Donna Marie Kornova/Acct. Asst.
**Authorized Prison Official**

13